920 P.2d 370

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| Rahder v. Royal Ins. Co. of America | 17206 | 6/20/96 | Other |
| Oki v. Oki | 18989 | 6/24/96 | Affirmed |
| In re Estate of Fletcher | 16850 | 7/1/96 | Reversed |
| Torres v. Torres | 17072 | 7/11/96 | Dismissed in part and Affirmed |
| Tsuji v. State | 19284 | 7/25/96 | Affirmed |

| | | | | |
|---|---|---|---|---|
| Bush v. Watson | 19154 | 7/8/96 | Denied | 81 Hawai'i 474 918 P.2d 1130 |